UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

- Plaintiff,           Case No. 07-14533

vs.           Honorable: Robert H. Cleland

SURONDA HALL,           Claim Number: 1999A18823
SS# XXX-XX-9772
    Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **SYNOD RESIDENTIAL SERVICES** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

Dated: 10/15/2010

                       S/Robert H. Cleland
                       DISTRICT COURT JUDGE